UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW JAGGER,<br><br>        Plaintiff,<br><br>  v.<br><br>HENRY RICHARDS,<br><br>        Defendant. | CASE NO.  C04-5795RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING FLORIDA JUSTICE ALLIANCE'S MOTION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. KELLEY ARNOLD, United States Magistrate Judge, and considering the Objection[1] of Plaintiff to the same, as well as the underlying record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation [Dkt. # 12];

(2) The Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE; and

(3) The "motion" filed by "the Florida Justice Alliance" [Dkt. #15] is DENIED as improper, as that entity does not and cannot represent Mr. Jagger, and has not sought or been granted the right to otherwise participate in this action.

---

[1] The Court reviewed but declined to consider as improper the supporting affidavit of Richard Roy Scott.

ORDER
Page - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 7th day of June, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2